PROB 12C  
(7/93)

Report Date: March 3, 2011

# United States District Court

## for the

## Eastern District of Washington

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Jacqueline Gonzalez         Case Number: 2:08CR06043-001
    aka: Jacqueline Gonzalez-Periera

Address of Offender:

Name of Sentencing Judicial Officer:  The Honorable Fred Van Sickle, Senior U.S. District Judge

Date of Original Sentence: 9/18/2008

| | | |
|---|---|---|
| Original Offense: | Aggravated Identity Theft, 18 U.S.C. § 1028A(a)(1) | |
| Original Sentence: | Prison - 24 Months; TSR - 12 Months | Type of Supervision: Supervised Release |
| Asst. U.S. Attorney: | Shawn Anderson | Date Supervision Commenced: 3/29/2010 |
| Defense Attorney: | Diane Hehir | Date Supervision Expires: 3/28/2011 |

## PETITIONING THE COURT

**To issue a warrant.**

The probation officer believes that the offender has violated the following condition(s) of supervision:

Violation Number    Nature of Noncompliance

1    **Special Condition #14**: You are prohibited from returning to the United States without advance legal permission from the United States Attorney General or his designee. Should you reenter the United States, you are required to report to the probation office within 72 hours of reentry.

    **Supporting Evidence**: Jacqueline Gonzalez was positively identified while in Benton County, in the Eastern District of Washington on February 23, 2011. Further information reveals the defendant entered the U.S. without permission on or about August 22, 2010, and she failed to report to the U.S. Probation Office within the ordered time frame. She was arrested at her residence in Pasco, Washington, on March 2, 2011.

2    **Mandatory Condition #2**: The defendant shall not commit another Federal, state, or local crime.

    **Supporting Evidence**: On February 28, 2011, a criminal complaint was filed in the Eastern District of Washington charging Jacqueline Gonzalez with Being an Alien in United States After Deportation, in violation of 8 U.S.C. § 1326, docket number MJ-11-4044-1. The

Prob12C
**Re: Gonzalez, Jacqueline**
**March 2, 2011**
**Page 2**

        defendant was positively identified by U.S. Immigration and Customs Enforcement (ICE) agents while in Benton County, in the Eastern District of Washington on February 23, 2011. She was arrested on March 2, 2011, at her residence in Pasco, Washington.

        Information received from ICE indicates the defendant was deported to Mexico on May 26, 2010, at Brownsville, Texas, and has not obtained legal permission to reenter the United States.

The U.S. Probation Office respectfully recommends the Court issue a warrant for the arrest of the defendant to answer the allegations contained in this petition.

        I declare under penalty of perjury that the foregoing is true and correct.

Executed on: 03/03/2011

s/Stephen Krous

Stephen Krous
U.S. Probation Officer

---

## THE COURT ORDERS

[ ] No Action
[x] The Issuance of a Warrant
[ ] The Issuance of a Summons
[ ] Other

s/ Fred Van Sickle

Signature of Judicial Officer
03/08/2011

Date